Clifford Strouse, by William H. Strouse, His Guardian ad Litem, Respondent, v. Red Star Towing and Transportation Company, Appellant.—Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, P. J., Burr, Carr, Woodward and Rich, JJ., concurred.

J. Franklin Tausch, Respondent, v. Thomas P. Hall, Appellant.—Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks P. J., Burr, Carr, Woodward and Rich, JJ., concurred.

J. Franklin Tausch, Respondent, v. John C. Giesler, Appellant.—Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, P. J., Burr, Carr, Woodward and Rich, JJ., concurred.

Salvatore Tomassello, Respondent, v. Emilio Volpe, Appellant.—Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Burr, Carr and Woodward, JJ., concurred.

Max Voigt, Respondent, v. Martin Ragl, Appellant.—Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, P. J., Burr, Carr, Woodward and Rich, JJ., concurred.

---

## FOURTH DEPARTMENT, FEBRUARY, 1911.

George M. Wood and Others, Respondents, v. Daniel M. Fillmore and Others, Impleaded with Bradley Winslow and Jay F. Smith, Appellants.— Order affirmed, with ten dollars costs and disbursements. All concurred, except Williams, J., who dissented.

John Lander, Respondent, v. Ella Leora Lander, Appellant. (2 cases.)— Orders affirmed, without costs. All concurred; McLennan, P. J., not sitting.

Carrie W. Pearce, Respondent, v. William A. Stace, Appellant.— It appearing that the justices qualified to sit in this appeal are equally divided and unable to render a decision herein, said appeal is ordered transferred to the Appellate